# United States Bankruptcy Court
## District of Kansas

**Voluntary Petition**

B1 (Official Form 1) (4/10)

| Name of Debtor (if individual, enter Last, First, Middle): **Price Optical, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **48-1195318** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **1016 W 29th St S, Wichita, KS** ZIPCODE **67217** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Sedgwick** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **1016 W 29th Street S, Wichita, KS** ZIPCODE **67217** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Price Optical, Inc** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Price Optical, Inc** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Todd Allison*<br>Signature of Attorney for Debtor(s)<br><br>**Todd Allison 017199**<br>**The Law Office of Todd Allison, P.A.**<br>**200 W Douglas Suite 250**<br>**Wichita, KS 67202**<br>**(316) 558-3750  Fax: (316) 558-3753**<br>**todd@toddallisonlaw.com**<br><br>**August 29, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Michael G Melton*<br>Signature of Authorized Individual<br><br>**Michael G Melton**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 29, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Kansas

**IN RE:** Case No. _____

**Price Optical, Inc** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Lynn And Su Tompkins**<br>PO Box 127<br>Smith Center, KS  66967 | | Trade debt | | 40,000.00 |
| **Essilor Of America Inc**<br>13515 North Stemmons Freeway<br>Dallas, TX  75234 | EOA Credit Department<br>Lens Group Attn Peggy Richards<br>13515 North Stemmons Freeway<br>Dallas, TX  75234 | Trade debt | | 30,610.15 |
| **Diana Shepard**<br>2055 South Main<br>Wichita, KS  67213 | | Trade debt | | 26,000.00 |
| **Citi Cards**<br>PO Box 6500<br>Sioux Falls, SD  57117 | | Trade debt | | 15,039.61 |
| **Chase Card Service**<br>PO Box 15298<br>Wilmington, DE  19850 | | Trade debt | | 12,346.65 |
| **Donald Astle**<br>For AT&T Adversising LP<br>PO Box 84<br>Wichita, KS  67201 | | Trade debt | | 9,822.60 |
| **Younger Optics**<br>2925 California Street<br>Torrance, CA  90503 | | Trade debt | | 6,797.51 |
| **Luxottica USA LLC**<br>44 Harbot Park Drive<br>Port Washington, NY  11050 | (800) 422-2020 | Bank loan | | 4,970.47 |
| **Tuscany Eyewear**<br>12960 West State Road 84<br>Davie, FL  33325 | | Trade debt | | 4,945.15 |
| **Vision Resources**<br>1001 Streans Drive<br>Sauk Rapids, MN  56379 | | Trade debt | | 4,768.03 |
| **Bank Of America**<br>Attn Billing Inquiries<br>PO Box 982235<br>El Paso, TX  79998 | | Trade debt | | 3,935.19 |
| **MJ Optical Group**<br>8838 Washington Circle<br>PO Box 3169<br>Omage, NE  68103 | | Trade debt | | 3,442.44 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Citi Cards Credit Card Processing Center**<br>**Attn Research Dept**<br>**PO Box 5014**<br>**Sioux Falls, SD  57117** | | **Trade debt** | **3,412.45** |
| **ABB Concise Optical Group LLC**<br>**12301 NW 39th Street**<br>**Coral Springs, FL  33065** | | **Trade debt** | **3,369.82** |
| **ICoat**<br>**12020 Mora Drive**<br>**Santa Fe Springs, CA  90670** | | **Trade debt** | **3,157.96** |
| **REM Eyewear**<br>**10941 La Tuna Canyon Road**<br>**Sun Valley, CA  91352** | | **Trade debt** | **3,029.52** |
| **Tura Inc**<br>**PO Box 426**<br>**Muncy, PA  17756** | | **Trade debt** | **2,726.68** |
| **Aspex Group**<br>**2755 SW 43nd Avenue**<br>**Pembroke Park, FL  33023** | **Allen Maxwell Silver**<br>**Attn Martha Taverez**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ  07632** | **Trade debt** | **2,527.52** |
| **Modern Optical International**<br>**585 Congress Circle North**<br>**PO Box 72360**<br>**Roselle, IL  60172** | | **Trade debt** | **2,487.44** |
| **Wichita Eagle**<br>**PO Box 3297**<br>**825 East Douglas**<br>**Wichita, KS  67201** | | **Trade debt** | **2,450.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 29, 2011**     Signature: */s/ Michael G Melton*

**Michael G Melton, President**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Kansas**

IN RE:                                                                           Case No. _____

**Price Optical, Inc**                                       Chapter **11**
                                                  Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 29, 2011**     Signature: ***/s/ Michael G Melton***
                                                **Michael G Melton, President**                      Debtor

Date: _____     Signature: _____
                                                                                             Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
ABB Concise Optical Group LLC
12301 NW 39th Street
Coral Springs FL   33065


Allen Maxwell Silver
Attn Martha Taverez
190 Sylvan Avenue
Englewood Cliffs NJ   07632


Alternative Eyewear
2215 Kenmore Avenue
Buffalo NY   14207


Aspex Group
2755 SW 43nd Avenue
Pembroke Park FL   33023


Bank Of America
Attn Billing Inquiries
PO Box 982235
El Paso TX   79998


Bernstein And Barr
Attn Jim Wilson
6124 Highway 6 N Suite 174
Houston TX   77084


Bushness Corporation
9022 Cody
Overland Park KS   66214


Capital One
PO Box 85167
Richmond VA   23285
```

Central Forms And Printing
1608 East Central
Wichita KS  67214


Charmant Group
400 American Road
Morris Plains NJ  07950


Chase Card Service
PO Box 15298
Wilmington DE  19850


Citi Cards
PO Box 6500
Sioux Falls SD  57117


Citi Cards Credit Card Processing Center
Attn Research Dept
PO Box 5014
Sioux Falls SD  57117


Cox Communications
PO Box 3408
Ft Smith AR  72913


DAL Inc
PO Box 162
Clifton Heights PA  19018


David A Kraft And Associates
Attn David Kraft
4110 Baltimore Avenue
Kansas City MO  64111

Dell Financial Services
DFS Customer Care Department
PO Box 81577
Austin TX  78708


Diana Shepard
2055 South Main
Wichita KS  67213


Donald Astle
For AT&T Adversising LP
PO Box 84
Wichita KS  67201


EOA Credit Department
Lens Group Attn Peggy Richards
13515 North Stemmons Freeway
Dallas TX  75234


Essilor Of America Inc
13515 North Stemmons Freeway
Dallas TX  75234


Europa International
730 Hastings Lane
Buffalo Graove IL  60089


Fairway Optical Products Inc
8039 Paseo Blvd
Kansas City MO  64131


ICoat
12020 Mora Drive
Santa Fe Springs CA  90670

```
Ilenco Inc
6522 Ironkettle Road
Charlotte NC   28270


Intrust Bank
105 N Main PO Box 1
Wichita KS   67202-5001


Kansas Gas Service
PO Box 3535
Topeka KS   66601


Kansas Gas Service
1016 W 29th Street
PO Box 3535
Topeka KS   66601


Kansas Gas Service
1014 W 29th Street
PO Box 3535
Topeka KS   66601-3535


Kenmark Group
PO Box 99829
Louisville KY   40269


Kovalis Inc
1685 South Colorado Blvd Suite O
Denver CO   80222


KSN
PO Box 333
Wichita KS   67201
```

```
Luxottica USA LLC
44 Harbot Park Drive
Port Washington NY   11050


Lynn And Su Tompkins
PO Box 127
Smith Center KS   66967


Marchon Eyewear Inc
88216 Expedite Way
Chicago IL   60695


Marcolin Eyewear USA Inc
Department 2063
PO Box 29661
Phoenix AZ   85038


MJ Optical Group
8838 Washington Circle
PO Box 3169
Omage NE   68103


Modern Optical International
585 Congress Circle North
PO Box 72360
Roselle IL   60172


Mondottica
180 South Street
New Providence NJ   07974


Optical Works Corporation
7259 West Border
PO Box 1686
Muskogee OK   74402
```

```
OptiSource International
PO Box 30538
New York NY  10087


Pavi Optics Inc
2220 County Road 210 West Suite 108
PO Box 155
St Johns FL  32259


Practical Systems Inc
11617 Prospect Road
Odessa FL  33556


R And R Eyewear Imports Inc
777 Schwab Road Unit !C
Hatfield PA  19440


REM Eyewear
10941 La Tuna Canyon Road
Sun Valley CA  91352


Rite-Style Optical
PO Box 3068
Omaha NE  68103


Roseco Optics Inc
831 Lincoln Avenue Unit D1
West Chester PA  19380


Safilo Group
801 Jefferson Road
PO Box 247
Parsippany NJ  07054
```

Silver Dollar Optical
155 Corporate Drive
PO Box 548
Oneonta NY  13820


Sterling National Bank
Leasing Department
PO Box 1570 Church Street Station
New York NY  10008


Tura Inc
PO Box 426
Muncy PA  17756


Tuscany Eyewear
12960 West State Road 84
Davie FL  33325


Ultra Optics
801 Twelfth Avenue North
Minneapolis MN  55411


Vision Resources
1001 Streans Drive
Sauk Rapids MN  56379


Westar Energy
PO Box 208
Wichita KS  67201-0208


Westar Energy
1014 West 29th Street
PO Box 208
Wichita KS  67201-0208

```
Westar Energy
1016 W 29th Street
PO Box 208
Wichita KS   67201-0208


Wichita Eagle
PO Box 3297
825 East Douglas
Wichita KS   67201


Wichita Water Harry Street
455 N Main
8th Fl Suite 802
Wicjhita KS   67202


Younger Optics
2925 California Street
Torrance CA   90503
```